# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

MARGARET BARNES,

    Plaintiff,

v.                                                    Civil Action No. : 1:18-cv-3377

COSTCO WHOLESALE CORPORATION

    Defendant.

## **NOTICE OF REMOVAL**

Defendant, Costco Wholesale Corporation ("Costco") by counsel, files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, on the following grounds:

1.    This civil action was commenced by the filing of a Complaint on or about August 31, 2018, and is currently pending in the Circuit Court for Anne Arundel County, Maryland. Copies of all process, pleadings, papers and orders which have been served on or received by the Defendant are attached to this Notice as **Exhibits A through D**.

2.    A copy of the Complaint was served on Costco on or about October 29, 2018. This was Costco's first notice that a Complaint had been filed and was pending against it.

3.    No further proceedings have been had in this action.

4.    The amount in controversy in the action, exclusive of interest and cost, is in excess of $75,000.00, (See Pl.'s Compl., Ex. B), (See also Pl.'s Civil Cover Sheet pg. 2, Ex. A).

5.    Plaintiff is, and was at the time this action was filed, a citizen and resident of Anne Arundel County, Maryland. (See Exhibits A-D.)

6. Costco Wholesale Corporation is, and was at the time this action was filed, a corporation incorporated in the State of Washington, with its principal place of business in the State of Washington. Costco was not, and is not now, a citizen of the State of Maryland.

7. This action involves a controversy wholly between citizens of different states. There is complete diversity of citizenship as to Plaintiff and Defendant.

8. This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1332(a), and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

9. Costco desires to remove this action to this Court.

10. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt of Plaintiff's Complaint by Costco through service or otherwise.

WHEREFORE, Costco Wholesale Corporation, by counsel, respectfully requests that the above-entitled action be removed from the Circuit Court of Anne Arundel County, Maryland, to this Court.

Respectfully submitted,

COSTCO WHOLESALE CORPORATION

By: /s/ J. Matthew Haynes, Jr.
J. Matthew Haynes, Jr.
Maryland Federal Bar No.: 028503
MCCANDLISH HOLTON, PC
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
mhaynes@lawmh.com
*Counsel for Costco Wholesale Corporation*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Caleb I. Solomon, Esquire
A. Stephanie Obiesie, Esquire
The Solomon Law Center, LLC
1401 Mercantile Lane, Suite 203
Largo, MD 20774
(240) 582-7775 Telephone
(240) 582-7972 Facsimile
csolomon@thesolomonlaw.com
*Counsel for Plaintiff*

And via electronic filing on MDEC to:

The Honorable, Robert P. Duckworth, Clerk
Circuit Court of Anne Arundel County
8 Church Circle
Annapolis, MD 21401

And via U.S. First Class Mail to:

Caleb I. Solomon, Esquire
A. Stephanie Obiesie, Esquire
The Solomon Law Center, LLC
1401 Mercantile Lane, Suite 203
Largo, MD 20774
(240) 582-7775 Telephone
(240) 582-7972 Facsimile
csolomon@thesolomonlaw.com
*Counsel for Plaintiff*

    /s/ J. Matthew Haynes, Jr.
J. Matthew Haynes, Jr.
Maryland Federal Bar No.: 028503
MCCANDLISH HOLTON, PC
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
mhaynes@lawmh.com
*Counsel for Costco Wholesale Corporation*