IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARGARET BARNES,

    Plaintiff

v.

COSTCO WHOLESALE CORPORATION

    Defendant

CIVIL NO. JKB-18-3377

## ORDER

For the reasons stated in the foregoing memorandum, it is ORDERED:

1. Defendant's motion for summary judgment (ECF No. 32), is GRANTED;
2. Plaintiff's motion for leave to file a surreply is (ECF No. 35), is DENIED;
3. The Court enters JUDGMENT for Defendant; and
4. The Clerk is DIRECTED to CLOSE THE CASE.

DATED this 4 day of October, 2019.

BY THE COURT:

James K. Bredar
United States District Judge